IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
08 AUG 20 PM 4: 14
CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 08-1943 |
| ) | |
| vs. ) | 26 U.S.C. §§ 5845(a)(2), 5861(d) and |
| ) | 5871: Possession of an Unregistered NFA |
| **MATTHEW S. TRUJILLO,** ) | Firearm. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about June 17, 2008, in Chaves County, in the District of New Mexico, the defendant, **MATTHEW S. TRUJILLO**, knowingly possessed a firearm, that is, a weapon made from a shotgun, further described as a New England Firearms, Model Pardner, 12 gauge shotgun, bearing serial number NP395514, having a barrel length of 12 1/2 inches, and an overall length of 18 3/4 inches, and said firearm was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a)(2), 5861(d) and 5871.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

/s/
Assistant United States Attorney

RCW   08/20/08 2:58pm